PROB 12C
(6/16)

Report Date: June 9, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 10, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alex D. Redthunder | Case Number: 0980 2:18CR00068-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ | Spokane, WA 99201 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 11, 2016

| | | | |
|---|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1), 924(a)(2) | | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: | June 17, 2021 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: | June 16, 2024 |

## PETITIONING THE COURT

To issue a summons.

On June 21, 2022, Mr. Redthunder's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #5**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 5 by failing to attend his scheduled admit appointments at Pioneer Human Services (PHS) on April 15 and 22, 2022.  Further, he failed to report for group treatment sessions at PHS on May 12 and 26, 2022. |
| | The probation officer received email correspondence from PHS indicating Mr. Redthunder failed to attend his scheduled admit appointments on April 15 and 22, 2022.  He also failed to report for group treatment sessions at PHS on May 12 and 26, 2022. |

Prob12C
**Re: Redthunder, Alex D.**
**June 9, 2022**
**Page 2**

|   |   |
|---|---|
| 2 | **Standard Condition #2**: After initially reporting to the probation office, the defendant will receive instructions from the court or the probation officer about how and when to report to the probation officer, and the defendant must report to the probation officer as instructed. |

**Supporting Evidence**: The offender is alleged to have violated standard condition number 2 by failing to report to the probation officer as instructed on June 1, 2022.

On May 31, 2022, the probation officer instructed the offender to report to the U.S. Probation Office on June 1, 2022, to discuss his failure to attend treatment. Mr. Redthunder failed to report for his scheduled appointment.

|   |   |
|---|---|
| 3 | **Standard Condition #7:** You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence:** The offender is alleged to have violated special condition number 7, by failing to notify the probation officer of his employment status within 72 hours.

On June 3, 2022, this officer made contact with Mr. Redthunder who advised he was no longer working at his place of employment. When questioned further, he advised he had not been working for approximately 1 week.

|   |   |
|---|---|
| 4 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: The offender is alleged to have violated special condition number 6, by ingesting a controlled substance, fentanyl, on or about June 6, 2022.

On June 6, 2022, Mr. Redthunder reported to the U.S. Probation Office for a scheduled appointment. At that time, he submitted a urine specimen that returned positive for fentanyl. He initially signed a denial form indicating he had not used said substance, however, he later admitted to using fentanyl on June 6, 2022. He further informed the undersigned that he has been using fentanyl daily for approximately 2 months. In response, the offender was directed to report to the Spokane Regional Stabilization Center (SRSC) for withdrawal management and further assessment.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

Prob12C
**Re: Redthunder, Alex D.**
**June 9, 2022**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  June 9, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[x]   The Issuance of a Summons
[ ]   Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

6/10/2022

Date