PROB 12C
(6/16)

Report Date: July 8, 2022

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 11, 2022**

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex D. Redthunder    Case Number: 0980 2:18CR00068-RMP-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 31, 2016

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 37 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: June 17, 2021 |
| Defense Attorney: | Colin Prince | Date Supervision Expires: June 16, 2024 |

### PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/10/2022.

On June 21, 2021, Mr. Redthunder's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

On June 10, 2022, Mr. Redthunder's conditions of supervision were modified to include participation in inpatient treatment.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #8**: You must participate in an inpatient substance abuse treatment program and any recommended aftercare. You must follow the rules and regulations of the treatment program. The probation officer will supervise your participation in the program (provider, location, modality, intensity, etc.). You must pay the costs of the program if financially able. |
| | **Supporting Evidence**: The offender is alleged to have violated special condition number 8 by aborting inpatient treatment on July 7, 2022. Additionally, he failed to abide by the rules and regulations of the inpatient treatment program. |

Prob12C
**Re: Redthunder, Alex D.**
**July 8, 2022**
**Page 2**

On July 7, 2022, Mr. Redthunder aborted inpatient treatment. According to Pioneer Center East (PCE) staff, they received information that Mr. Redthunder was using substances within the facility. When confronted, he denied use of illicit substances and he became very agitated. Shortly thereafter, staff searched his belongings and located a card that contained suspected drug residue, as well as a razor blade. PCE staff attempted to calm him down in an effort to persuade him to stay, but he left the facility. He also incurred additional rule violations during his stay at the facility, which included possessing a cell phone and unauthorized food items.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:        July 8, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

7/11/2022
Date