PROB 12C
(6/16)

Report Date:  December 15, 2022

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 16, 2022

SEAN F. MCAVOY, CLERK

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex D. Redthunder      Case Number: 0980 2:18CR00068-RMP-1

Address of Offender: ███████████████████████████, Spokane, WA 99260

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Assigned Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 31, 2016

Original Offense:      Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2)

Original Sentence:      Prison - 37 months           Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Earl Allan Hicks              Date Supervision Commenced: June 17, 2021

Defense Attorney:       Colin G. Prince               Date Supervision Expires: June 16, 2024

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 6/10/2022 and 7/11/2022.

On June 21, 2021, Mr. Redthunder's conditions of supervision were reviewed and he signed said conditions acknowledging an understanding of his requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: The offender is alleged to have violated mandatory condition number 1, by committing the offenses of Obstruct Law Enforcement Officer, in violation of R.C.W. 9A.76.020, Resisting Arrest, in violation of R.C.W. 9A.76.040, False Statement to Public Servant, in violation of R.C.W. 9A.76.175, Hit and Run Unattended Property, in violation of R.C.W. 9A.76.040, and No Valid Operator's License Without Identification, in violation of R.C.W. 46.20.005, on or about November 4, 2022.

According to Spokane Police Department incident report number 2022-2019976, on November 4, 2022, law enforcement was notified of a hit and run incident and contact was made with a male suspect, who was later identified as Mr. Redthunder.  Upon contact, the responding officer identified himself and observed indications that the offender was preparing to flee.  When asked for his name, Mr. Redthunder provided a false name and date |

Prob 12C
**Re: Redthunder, Alex D.**
**December 15, 2022**
**Page 2**

of birth.  Mr. Redthunder then ran away from the officer and failed to stop, despite being given multiple verbal commands to do so. A foot pursuit ensued and as he ran, Mr. Redthunder reached toward his waist area with his hand.  He eventually stopped running when he reached a fenced area and turned around to face the officer while again putting his right hand into his waistband, as if he was trying to access a weapon.  He was commanded to show his hands, but he refused to comply.  The offender made statements to the officer indicating he wanted to die and he commanded the officer to shoot him as he walked toward the officer.  Another officer on scene deployed his taser and Mr. Redthunder was taken into custody. Following his arrest, the keys to the vehicle involved in the hit and run accident were found on his person.

The above-referenced charges are currently pending in Spokane Municipal Court, case number 2A0672397.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    December 15, 2022

s/Lori Cross

Lori Cross
U.S. Probation Officer

---

## THE COURT ORDERS
[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[ x ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[ x ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

_____
Signature of Judicial Officer

12/16/2022
_____
Date