PROB 12C
(6/16)

Report Date: October 26, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 26, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Alex D. Redthunder | Case Number: 0980 2:18CR00068-RMP-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 31, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 21, 2023) | Prison - 7 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 10, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: January 9, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/06/2023.

On August 14, 2023, the conditions of supervision were reviewed with Mr. Redthunder as outlined in his revocation judgment dated February 21, 2023. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged Mr. Redthunder violated his conditions of supervised release by possessing fentanyl pills on or around October 6, 2023. |
| | On October 12, 2023, a detective with the Flathead Tribal Police contacted the undersigned officer and advised approximately 180 suspected fentanyl pills were located in a vehicle in which Mr. Redthunder is alleged to have used to travel to the District of Montana, without authorization. |

Prob12C
Re: Redthunder, Alex D.
October 26, 2023
Page 2

| | | |
|---|---|---|
| 5 | | **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person, such as nunchakus or tasers). |

**Supporting Evidence**: It is alleged Mr. Redthunder is in violation of his conditions of supervised release by possessing a firearm and ammunition on or around October 6, 2023.

On October 6, 2023, Mr. Redthunder was arrested in the District of Montana. A firearm was found in the glove box of a vehicle which Mr. Redthunder had allegedly used to travel to the District of Montana. The firearm was a Springfield Armory Hellcat 9mm handgun. A baggie of ammunition was also found.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   October 26, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [x] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [x] Defendant to appear before the Magistrate Judge.
- [ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/26/2023

Date