PROB 12C
(6/16)

Report Date: October 6, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex D. Redthunder                     Case Number: 0980 2:18CR00068-RMP-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Justin L. Quakenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: August 31, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence (February 21, 2023) | Prison - 7 months; TSR - 29 month | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 10, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 9, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 14, 2023, the conditions of supervision were reviewed with Mr. Redthunder as outlined in his revocation judgment dated February 21, 2023. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Redthunder is in violation of his conditions of supervised release for being arrested for obstructing a law enforcement officer in the District of Montana, on or around October 6, 2023. |
| | On October 6, 2022, the undersigned officer received a phone call from an officer with the Flathead Tribal Police in the District of Montana. He advised that they have Mr. Redthunder in custody for obstructing a law enforcement officer. |

Prob12C
Re: Redthunder, Alex D.
October 6, 2023
Page 2

The officer indicated that Mr. Redthunder fled on foot when they attempted to make contact with him. When they caught up to Mr. Redthunder, he provided a false name. He was arrested on the aforementioned charges and booked into the Flathead Tribal Jail, case number 23-001788.

2   **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged Mr. Redthunder is in violation of his conditions of supervised release by traveling without authorization to the District of Montana, on or around October 6, 2023.

On October 6, 2023, Mr. Redthunder was arrested in the District of Montana (see violation number 1). At no time was Mr. Redthunder authorized by the undersigned officer to travel to the District of Montana.

3   **Standard Conditions #13:** You must follow the instructions of the probation officer related to your conditions of supervision.

**Supporting Evidence:** It is alleged Mr. Redthunder is in violation of his conditions of supervised release by failing to contact Pioneer Human Services (PHS) as directed on or after October 2, 2023.

On October 2, 2023, the undersigned officer met with Mr. Redthunder at his residence. Mr. Redthunder had recently completed a drug and alcohol evaluation at PHS on September 11, 2023; however, he had yet to schedule his admit appointment. He was directed to contact PHS immediately and schedule said appointment. He acknowledged he understood. On October 6, 2023, the undersigned officer spoke with staff at PHS who advised Mr. Redthunder has not contacted them to schedule his admit appointment.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    October 6, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

Prob12C
Re: Redthunder, Alex D.
October 6, 2023
Page 3

THE COURT ORDERS

[ ]  No Action
[x]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

10/5/2023

Date