PROB 12C  
(6/16)

Report Date: December 20, 2023

# United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 20, 2023**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Alex D. Redthunder            Case Number: 0980 2:18CR00068-TOR-1

Address of Offender: ███████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge
Name of Supervisory Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: August 31, 2018

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Firearm and Ammunition, 18 U.S.C. §§ 922 (g)(1) & 924(a)(2) | |
| Original Sentence: | Prison - 37 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (February 21, 2023) | Prison - 7 months; TSR - 29 months | |
| Asst. U.S. Attorney: | Earl Allan Hicks | Date Supervision Commenced: August 10, 2023 |
| Defense Attorney: | Colin G. Prince | Date Supervision Expires: January 9, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 10/06/2023, and 10/26/2023.

On August 14, 2023, the conditions of supervision were reviewed with Mr. Redthunder as outlined in his revocation judgment dated February 21, 2023. He signed his judgment acknowledging an understanding of his conditions of supervision.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition #1**: You must not commit another federal, state or local crime. |
| | **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law. |
| | **Supporting Evidence**: It is alleged Mr. Redthunder is in violation of his conditions of supervised release by possessing a controlled substance, methamphetamine, on or around December 8, 2023. |

Prob12C
Re: Redthunder, Alex D.
December 20, 2023
Page 2

Per case number 2023-10183356, officers at the Spokane County Jail located suspected methamphetamine hidden in the sock of Mr. Redthunder. After reviewing camera footage, officers saw another inmate pull an item out of his sock, go into the bathroom, and stash an item on top of the sink. Officers then watched Mr. Redthunder go into the bathroom and retrieve said item and stash it in his sock.

The other inmate told officers that he had snuck methamphetamine into the jail and had left some of the methamphetamine in the bathroom for another individual.

Mr. Redthunder admitted he found drugs in the bathroom and kept it for himself.

There was probable cause to charge Mr. Redthunder with Possession of a Controlled Substance by a Prisoner, R.C.W. 9.94.041(2) CF.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 20, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

December 20, 2023
Date